IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER C. WHITCOMB,<br><br>        Plaintiff,<br><br>vs.<br><br>JESSICA C. WEST,<br><br>        Defendant. | 8:17CV274<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff, a pro se prisoner, has filed a Motion to Proceed In Forma Pauperis in this case. Before the court can rule on this motion, Plaintiff must submit a certified statement which shows the greater of (1) the average deposits to his institutional account for the past six months (or such lesser period as he has been incarcerated), or (2) the average balance in his institutional account for the past six months (or such lesser period as he has been incarcerated).

    IT IS THEREFORE ORDERED that: Plaintiff shall provide a certified statement as set forth above by **August 28, 2017**, unless an extension of time is granted in response to a written motion. The clerk of court is directed to set a pro se case management deadline using the following text: **August 28, 2017**: trust account statement due.

    Dated this 28th day of July, 2017.

                                                      BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      Senior United States District Judge